IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESLEY COLLIER : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-5351 |
| CAROLYN W. COLVIN, : | |
| ACTING COMMISSIONER OF : | |
| SOCIAL SECURITY : | |

## ORDER

**AND NOW**, this ___19th___ day of ___May___, 2014, upon consideration of Plaintiff Wesley Collier's Request for Review of the Administrative Law Judge's Decision (ECF No. 1), and after careful and independent review of the full record including the comprehensive Report and Recommendation of Magistrate Judge Lynne A. Sitarski (ECF No. 15), and after consideration of Plaintiff's Objections to the Report and Recommendation (ECF No. 20), it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Defendant and mark this matter as closed.

   IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**